```
 1 | KEVIN V. RYAN, CSBN 118321
   | United States Attorney
 2 | JOANN M. SWANSON, CSBN 88143
   | Assistant United States Attorney
 3 | Chief, Civil Division
   | ILA C. DEISS, NY SBN 3052909
 4 | Assistant United States Attorney
 5 | 450 Golden Gate Avenue, Box 36055
   | San Francisco, California 94102
 6 | Telephone: (415) 436-7124
   | FAX: (415) 436-7169
 7 |
   | Attorneys for Defendants
 8 |
```

**FILED**

FEB 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAREK M. LOTFY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DR. EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigations; ALBERTO R. GONZALES, United States Attorney General, <br><br> Defendants. | No. C 07-0222 CRB <br><br> **STIPULATION TO DISMISS; AND** [PROPOSED] **ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 07-0222 CRB

dismissal of this action.

2  Each of the parties shall bear their own costs and fees.

Date: February 5, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

*/s/ Ila C. Deiss*

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: February 05, 2007

*/s/ Tarek M. Lotfy*

TAREK M. LOTFY
*Pro se*

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 12, 2007

*/s/ Charles R. Breyer*

CHARLES R. BREYER
United States District Judge

Stipulation to Dismiss                                          2
C 07 0222 CRB

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAREK M. LOTFY,

        Plaintiff,

v.

MICHAEL CHERTOFF et al,

        Defendant.

Case Number: CV07-00222 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tarek M. Lotfy
178 Haas Avenue
San Leandro, CA 94577

Dated: February 12, 2007

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk